UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PEACOCK,<br><br>             Plaintiff,<br><br>      v.<br><br>HOROWITZ,<br><br>             Defendant. | No.  2:13-cv-2506 TLN AC P<br><br>CORRECTION TO FINDINGS & RECOMMENDATIONS FILED JULY 21, 2016 (ECF NO. 41) |

The undersigned has identified an error in the Findings and Recommendations filed on July 21, 2016 (ECF No. 41).  The sentence in that document located at page 10, lines 24-25, is hereby corrected to read as follows:

> "While plaintiff is certainly free to refuse specific medications or types of medication, he does **not** have a right to dictate what medications he will be prescribed."

IT IS SO ORDERED.

DATED: July 21, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE